UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA HARTMAN, on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MONARCH RECOVERY MANAGEMENT, INC., and JOHN DOES 1-25<br><br>Defendant. | Civil Case Number: 2:15-cv-01364-CB |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ARI MARCUS, ESQ.

Ari Marcus, Esq., undersigned counsel for Plaintiff, Melissa Hartman, hereby moves that Ari Marcus, Esq. be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Melissa Hartman in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ari Marcus, Esq. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 14, 2017

/s/ Ari Marcus
Ari Marcus, Esq.
Marcus Zelman, LLC.
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Phone: (732) 695-3282
*Attorney for the Plaintiff*