## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA HARTMAN, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MONARCH RECOVERY MANAGEMENT, INC., and DOES 1 - 25<br><br>      Defendants. | CIVIL ACTION NO. No.: 3:15-cv-1364-CB |

### NOTICE OF MOTION AND MOTION SEEKING ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES AND CLASS CONTRIBUTION AWARD

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff, Melissa Hartman ("Plaintiff"), individually, and as representative of the class preliminarily approved, will move this Honorable Court, on April 17, 2018, in Courtroom 3A, at 11:00 AM, Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, for an Order awarding plaintiff's attorney's fees and reimbursement of expenses in an amount of $20,000.00 along with an Order awarding a class contribution award for the named plaintiff, Melissa Hartman, in the amount of $750.00.

Plaintiff's Motion is unopposed for these amounts because these amounts were previously agreed upon. A proposed Order has been filed with the Parties' Joint Motion for Final Approval.

In support of this motion, Plaintiff has attached a memorandum of law along with exhibits and a declaration from Ari Marcus, Esquire.

Respectfully submitted,

- 2 -

Dated:  April 3, 2018

*s/ Ari Marcus*
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:   (732) 298-6256
E-Mail: Ari@MarcusZelman.com
*Attorneys for Plaintiff*